44 So.2d 913

### Paul HAMPTON v. STATE.
### 8 Div. 748.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Marshall County; J. S. Stone, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

47 So.2d 922

### Dave HANKS v. Hobson BRADLEY.
### 7 Div. 67

Court of Appeals of Alabama.
May 25, 1950.

Appeal from Law and Equity Court, Cherokee County; Frank M. Savage, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 34

### Truett HARBISON v. STATE.
### 6 Div. 837.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Violating game and fish law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

46 So.2d 861

### Mrs. H. P. HARRISON v. INTERNATIONAL ASSO. BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS.
### 6 Div. 17.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Jefferson County; Whit Windham, Judge.

Jas. W. Aird and Kelvie Appelbaum, of Birmingham, for appellant.

Rosenthal & Rosenthal, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

51 So.2d 913

### Alfred HART v. STATE.
### 8 Div. 920.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.
Appeal dismissed.

46 So.2d 862

### Raymond HAYES v. STATE.
### 5 Div. 309.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.